1 | Thomas F. Bertrand, State Bar No. 056560
2 | Richard W. Osman, State Bar No. 16799
  | BERTRAND, FOX & ELLIOT
3 | The Waterfront Building
  | 2749 Hyde Street
4 | San Francisco, California 94109
  | Telephone:  (415) 353-0999
5 | Facsimile:  (415) 353-0990

6 | Attorneys for Defendant
  | TWIN CITIES POLICE AUTHORITY and
7 | DETECTIVE PATRICK EDDINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART SILMAN, | Case No.: 10-02196 VRW |
| Plaintiff, | ~~(PROPOSED)~~ ORDER ON STIPULATION TO EXTEND MEDIATION COMPLIANCE DEADLINE, TO COMPLETE PRE-MEDIATION DISCOVERY AND FOR DISCOVERY TO REMAIN OPEN AFTER MEDIATION |
| vs. | |
| TWIN CITIES POLICE AUTHORITY, TWIN CITIES POLICE DETECTIVE PATRICK EDDINGER, in his individual capacity, and DOES 1 through 20, | |
| Defendant. | |

This Court, having considered the parties' STIPULATION TO EXTEND MEDIATOIN COMPLIANCE DEADLINE, TO COMPLETE PRE-MEDIATION DISCOVERY AND FOR DISCOVERY TO REMAIN OPEN AFTER MEDIATION, and good cause appearing, hereby orders as follows: (1) the mediation compliance deadline, currently scheduled for January 14, 2011, is extended to February 8, 2011; (2) party depositions and exchange of documents disclosed in the parties' initial disclosures are to be completed prior to the February 7, 2011 mediation; and, (3)

///

///

///

///

1  discovery is to remain open after the mediation, subject to future scheduling orders.

2

3  **IT IS SO ORDERED.**

4

5  Dated: 1/13/2011



6  _____
   HONORABLE VAUGHN R WALKER

7

8

(line numbers 9-28)

(PROPOSED) ORDER ON STIPULATION TO EXTEND MEDIATION COMPLIANCE DEADLINE, TO COMPLETE PRE-MEDIATION DISCOVERY AND FOR DISCOVERY TO REMAIN OPEN AFTER MEDIATION