Case 3:10-cv-02196-JW   Document 28   Filed 08/31/11   Page 1 of 1

1  Thomas F. Bertrand, State Bar No. 056560
   Richard W. Osman, State Bar No. 16799
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:     (415) 353-0999
   Facsimile:      (415) 353-0990
5
   Attorneys for Defendants
6  TWIN CITIES POLICE AUTHORITY and
   DETECTIVE PATRICK EDDINGER
7

**APPROVED**
*Judge James Ware*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 STUAR T SILMAN,                         ) Case No.:  10-02196 JW
                                           )
12           Plaintiff,                    )
       vs.                                 )
13                                         )
   TWIN CITIES POLICE AUTHORITY, TWIN      )
14 CITIES POLICE DETECTIVE PATRICK         ) **STIPULATION OF DISMISSAL WITH**
   EDDINGER, in his individual capacity, and ) **PREJUDICE**
15 DOES 1 through 20,                      )
                                           )
16           Defendants.                   )
                                           )
17

18       IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned

19 counsel, that the above-captioned action be dismissed with prejudice in its entirety as to all defendants,

20 each party to bear its own fees and costs, pursuant to FRCP 41(a)(i).

21 Dated: August 26, 2011                  CASPER, MEADOWS, SCHWARTZ & COOK

22                                         By:     */s/ Andrew C. Schwartz*
23                                                 Andrew C. Schwartz
                                                   Attorneys for Plaintiff
24

25 Dated: August 26, 2011                  BERTRAND, FOX & ELLIOT

26                                         By:     */s/ Richard W. Osman*
27                                                 Richard W. Osman
                                                   Attorneys for Defendants
28

---
1

STIPULATION OF DISMISSAL WITH PREJUDICE
*Silman v. Twin Cities Police Authority*
U.S.D.C. Northern District of CA Case No. 10-02196 JW